UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUAN CARLOS BARRERA ESCALONTE,

        Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

        Respondent.

CASE NO. C18-765-JLR-BAT

**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL**

Petitioner moved for appointment of counsel. Dkt. 8. This is a habeas corpus action brought under 28 U.S.C. § 2241. There is no right to counsel in such an action. The Court has reviewed the record and concludes at this point, petitioner has ability to present his claims, and has not shown he is likely to succeed. Accordingly, the Court **ORDERS** that the motion for appointment of counsel, Dkt. 8, is **DENIED** without prejudice.

DATED this 27th day of July, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DENYING MOTION FOR
APPOINTMENT OF COUNSEL - 1