UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUAN CARLOS BARRERA ESCALANTE,

    Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

    Respondent.

Case No. C18-765-JLR

**ORDER OF DISMISSAL**

    Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and **ORDERS**:

    1.    The Report and Recommendation is **ADOPTED**.

    2.    The Government's motion to dismiss, Dkt. 6, is **GRANTED**.

    3.    Petitioner's habeas petition is **DENIED**, and this action is **DISMISSED** with prejudice.

    4.    The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

    DATED this 5th day of October, 2018.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL- 1